UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE CLIFTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | No. 1:21-cv-00089-DAD-EPG<br><br>ORDER GRANTING STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT AND FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 7) |

On June 7, 2021, the parties filed a stipulation and proposed order to extend the time for Defendants to respond to the complaint and for a continuance of the initial scheduling conference. (ECF No. 7). The stipulation requests a continuance "to allow defense counsel additional time to gather information from the various agencies involved in this matter." (*Id.* at 1-2).

Finding good cause for the parties' requests, IT IS ORDERED as follows:

1. Defendants shall file their response to the Complaint no later than July 16, 2021;
2. The Initial Scheduling Conference currently scheduled for June 17, 2021, is continued to August 25, 2021, at 10:00 am in Courtroom 10 before Magistrate Judge Erica P. Grosjean. The parties shall file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's

1

review.

3. All unmodified provisions of this Court's prior order setting a scheduling conference (ECF No. 4) remain in effect and the parties are directed to review that order prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **June 7, 2021**                             /s/ Erin P. Gross
                                                      UNITED STATES MAGISTRATE JUDGE