Lina Balciunas Cockrell, Bar No. 238166
  lina@majlabor.com
**MESSING ADAM & JASMINE LLP**
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:    916.446.5297
Facsimile:     916.448.5047

Attorneys for Plaintiff Dominique Clifton

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DOMINIQUE CLIFTON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, JEFFREY A. ROSEN, as Acting Attorney General of the United States, UNITED STATES BUREAU OF ALCOHOL, TOBACCO, FIREARMS and EXPLOSIVES ("ATF"), REGINA LOMBARDO, as Acting Director of the ATF, FEDERAL BUREAU of INVESTIGATION ("FBI"), CHRISTOPHER WRAY, as Director of the FBI, <br><br> Defendants. | Case No. 1:21-cv-00089-DAD-EPG <br><br> **NOTICE OF PLAINTIFF'S INTENT TO PROCEED WITHOUT AMENDING COMPLAINT** <br><br> The Hon. DALE A. DROZD <br><br> Trial Date:       None set. |

TO ALL PARTIES, and their attorneys of record:

PLEASE TAKE NOTICE that, pursuant to the Court's July 15, 2022 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss [Doc. No. 20], Plaintiff DOMINIQUE CLIFTON hereby elects to proceed without amending his Complaint for Violation of Civil Rights,

Declaratory and Injunctive Relief [Doc. No. 1]. Plaintiff respectively requests that the Court order Defendants UNITED STATES DEPARTMENT OF JUSTICE, JEFFREY A. ROSEN, as Acting Attorney General of the United States, UNITED STATES BUREAU OF ALCOHOL, TOBACCO, FIREARMS and EXPLOSIVES ("ATF"), REGINA LOMBARDO, as Acting Director of the ATF, FEDERAL BUREAU of INVESTIGATION ("FBI"), CHRISTOPHER WRAY, as Director of the FBI to answer the Complaint and that the Court set a Scheduling Conference as soon as is practicable.

DATED: August 4, 2022          MESSING ADAM & JASMINE LLP

By: _____
Lina Balciunas Cockrell
Attorneys for Plaintiff Dominique Clifton

MESSING ADAM & JASMINE LLP
ATTORNEYS AT LAW

00126426-2
00126426-1                              2                    Case No. 1:21-cv-00089-DAD-EPG
Notice of Plaintiff's Intent to Proceed Without Amending Complaint