Lina Balciunas Cockrell, Bar No. 238166
  lina@majlabor.com
**MESSING ADAM & JASMINE LLP**
2150 River Plaza Dr., Suite 140
Sacramento, California 95833
Telephone:   916.446.5297
Facsimile:   916.448.5047

Attorneys for Plaintiff Dominique Clifton

PHILLIP A. TALBERT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DOMINIQUE CLIFTON,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, JEFFREY A. ROSEN, as Acting Attorney General of the United States, UNITED STATES BUREAU OF ALCOHOL, TOBACCO, FIREARMS and EXPLOSIVES ("ATF"), REGINA LOMBARDO, as Acting Director of the ATF, FEDERAL BUREAU of INVESTIGATION ("FBI"), CHRISTOPHER WRAY, as Director of the FBI,<br><br>  Defendants. | Case No. 1:21-cv-00089-DAD-EPG<br><br>**JOINT REPORT FOR MID-DISCOVERY STATUS CONFERENCE**<br><br>**Mid-Discovery Status Conference**<br>Date:   April 3, 2023<br>Time:   10:00 a.m.<br>Crtrm.:   10<br><br>The Hon. ERICA P. GROSJEAN<br><br>Trial Date:           July 11, 2024 |

00134773-3                                   1                    Case No. 1:21-cv-00089-DAD-EPG
Joint Report for Mid-Discovery Status Conference

Pursuant to Section III of the Scheduling Conference Order (Doc. 27), the parties have met and conferred and set forth below a joint status report for the status conference of April 3, 2023.

## I.   STATUS OF DISCOVERY:

Both parties have served their Rule 26(f) Initial Disclosures. Plaintiff Dominique Clifton has served three third-party subpoenas and received responses to two of them. Defendants United States Department of Justice, et al., have recently served written discovery requests. The parties anticipate that depositions of certain fact witnesses may be set following the completion of written discovery. The parties are cooperating in completing discovery and do not require any assistance from the Court at this time.

## II.   DISPOSITIVE MOTIONS:

Plaintiff is preparing a motion for summary judgment which he will seek to have heard in the summer (2023).

## III.   SETTLEMENT DISCUSSIONS:

Plaintiff remains open to any settlement that restores his Second Amendment rights so that he may pursue a career as a sworn peace officer. Defense counsel is consulting with the necessary federal agencies regarding the possibility of resolving Plaintiff's claims through settlement.

Respectfully Submitted,

DATED:  March 27, 2023                     MESSING ADAM & JASMINE LLP

By: _____
Lina Balciunas Cockrell
Attorneys for Plaintiff Dominique Clifton

DATED: March 27, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

00134773-3

3

Case No. 1:21-cv-00089-DAD-EPG

Joint Report for Mid-Discovery Status Conference