1  Lina Balciunas Cockrell, Bar No. 238166
   lina@majlabor.com
2  **MESSING ADAM & JASMINE LLP**
2150 River Plaza Dr., Suite 140
3  Sacramento, California 95833
Telephone:   916.446.5297
4  Facsimile:   916.448.5047

5  Attorneys for Plaintiff Dominique Clifton

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

| | |
|---|---|
| 11   DOMINIQUE CLIFTON, | Case No. 1:21-cv-00089-NODJ-EPG |
| 12         Plaintiff, | **Notice of Motion for Summary Judgment or Summary Adjudication** |
| 13      v. | Judge:   No District Court Judge |
| 14   UNITED STATES DEPARTMENT OF JUSTICE, JEFFREY A. ROSEN, as Acting | Date:   February 6, 2024 |
| 15   Attorney General of the United States, UNITED STATES BUREAU OF ALCOHOL, | Time:   1:30 p.m.<br>Crtrm.:   5, 7th Floor |
| 16   TOBACCO, FIREARMS and EXPLOSIVES ("ATF"), REGINA LOMBARDO, as Acting | Trial Date:         July 11, 2024 |
| 17   Director of the ATF, FEDERAL BUREAU of INVESTIGATION ("FBI"), CHRISTOPHER | |
| 18   WRAY, as Director of the FBI, | |
| 19         Defendants. | |

20

21

22

23

24

25

26

27

28

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

1    TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2    NOTICE IS HEREBY GIVEN that on February 6, 2024 at 1:30 p.m., in Courtroom 5 or a

3 courtroom to be later determined, before a yet unassigned honorable jurist of the Eastern District

4 of California, plaintiff Dominique Clifton, will move for summary judgment, or in the alternative,

5 summary adjudication as to his Complaint against defendants United States Department of Justice,

6 et al.

7    Clifton brings his Motion pursuant to the Federal Rules of Civil Procedure, Rule 56 and

8 Local Rule 260, on the grounds that any reported lifetime firearms prohibition pursuant to Title

9 18, Section 922(g)(4) of the United States Code is invalid and illegal because Clifton was never

10 "adjudicated as a mental defective" or "committed to a mental institution" as required by the

11 statute.  Specifically, there is no genuine disputed issue of fact that Clifton's hospitalization in

12 2001 for mental health treatment when he was just 13 years old had any judicial involvement so as

13 to constitute a commitment.  Clifton further brings this Motion on the grounds that Section

14 922(g)(4) is unconstitutional as applied to him because there is no historical, longstanding

15 prohibition of Second Amendment rights arising from receiving mental health treatment as a

16 juvenile, pursuant to the United States Supreme Court's opinion in *New York State Rifle & Pistol*

17 *Ass'n, Inc. v. Bruen*, (2022) 597 U.S. ---,  142 S. Ct. 2111.

18    The Motion will be based upon this Notice of Motion, the Memorandum of Points and

19 Authorities in support thereof, the Appendix of Supporting Evidence (including the Declarations

20 of Dominique Clifton, Kathleen Roque, Lina Balciunas Cockrell, John Alan Foster, Ph.D., and

21 Fresno County Sheriff John Zanoni), the Joint Statement of Undisputed Facts in support thereof,

22 the records and files in this action, and any further evidence and argument that the Court may

23 receive at or before the hearing.

24 DATED:  December 1, 2023                    MESSING ADAM & JASMINE LLP

25

26                                                              By: _____

27                                                              Lina Balciunas Cockrell
                                                                 Attorneys for Plaintiff Dominique Clifton
28

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

00134165-1                                        2                      Case No. 1:21-cv-00089-NODJ-EPG

Notice of Motion for Summary Judgment or Summary Adjudication