PHILLIP A. TALBERT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE CLIFTON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-00089-NODJ-EPG<br><br>**STIPULATION AND PROPOSED ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

　　　The parties to this action hereby stipulate and request that the Court adopt the briefing schedule proposed below for Plaintiff's Motion for Summary Judgment (ECF No. 34).  As grounds for this Stipulation, the parties submit the following:

　　　1.　On December 1, 2023, the Court issued its Order of Temporary Reassignment to No District Court Judge (NODJ), assigning this matter to No District Court Judge due to the elevation of United States District Judge Ana I. de Alba to the Ninth Circuit Court of Appeals.  ECF No. 33.

　　　2.　Plaintiff, Dominique Clifton, filed a Motion for Summary Judgment later the same day in accordance with the deadline in the Scheduling Order (ECF No. 27), setting a hearing for February 6, 2024.  ECF No. 34.

3. On December 4, 2023, the Court issued a Minute Order vacating the February 6, 2024, hearing and noting that the motion will be addressed by the assigned district judge on the papers, without a hearing.  ECF No. 35.

4. At the time of filing of the motion, the parties were engaged in ongoing discussions regarding possible resolution by stipulation of the remaining claims in this action.

In light of the district judge vacancy and vacated hearing, and in order to allow the parties additional time to determine whether the matter can be resolved, the parties request that the Court adopt the following schedule for the remaining briefing on Plaintiff's Motion for Summary Judgment (ECF No. 34):  Defendants' opposition shall be filed no later than January 19, 2024, and Plaintiff's optional reply shall be filed no later than January 31, 2024.

Respectfully submitted,

Dated:  December 12, 2023

PHILLIP A. TALBERT
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

Dated:  December 12, 2023

MESSING ADAM & JASMINE LLP

[Authorized December 11, 2023]

 /s/ Lina Balciunas Cockrell
LINA BALCIUNAS COCKRELL
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:

_____
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER REGARDING
SUMMARY JUDGMENT BRIEFING SCHEDULE

2