PHILLIP A. TALBERT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE CLIFTON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 1:21-cv-00089-TLN-EPG<br><br>**STIPULATION AND PROPOSED ORDER TO STAY FURTHER BRIEFING ON MOTION FOR SUMMARY JUDGMENT** |

　　　The parties to this action hereby stipulate and request that the Court stay further briefing on Plaintiff's Motion for Summary Judgment (ECF No. 34). As grounds for this Stipulation, the parties submit the following:

　　　1.　On December 1, 2023, the Court issued its Order of Temporary Reassignment to No District Court Judge (NODJ), assigning this matter to No District Court Judge due to the elevation of United States District Judge Ana I. de Alba to the Ninth Circuit Court of Appeals. ECF No. 33.

　　　2.　Plaintiff, Dominique Clifton, filed a Motion for Summary Judgment later the same day in accordance with the deadline in the Scheduling Order (ECF No. 27), setting a hearing for February 6, 2024. ECF No. 34.

　　　3.　On December 4, 2023, the Court issued a Minute Order vacating the February 6, 2024, hearing, and noting that the motion will be addressed by the assigned district judge on the

papers, without a hearing.  ECF No. 35.

4. At the time of filing of the motion, the parties were engaged in ongoing discussions regarding possible resolution of the remaining claims in this action.  The parties filed stipulations (ECF Nos. 36, 38, 40) to extend the remaining briefing schedule to allow the parties time to negotiate an agreement to resolve this litigation.  Under the Court's most recent order (ECF No. 41, filed February 22, 2024), Defendants' opposition to Plaintiff's motion is due on April 15, 2024, and Plaintiff's reply is due on April 29, 2024.

5. On February 22, 2024, Plaintiff provided to Defendant a draft stipulation and proposed order that would resolve the remaining claims in this litigation.  Defense counsel is seeking approvals from the relevant federal agencies to enter into the proposed stipulated settlement.

6. By Order dated April 3, 2024 (ECF No. 42), the No District Judge Assignment was terminated, and this case was reassigned to District Judge Troy L. Nunley for all further proceedings.

7. The parties have met and conferred and agree that they require additional time to finalize an agreement to resolve this litigation.  Defense counsel is in the process of confirming with the Federal Bureau of Investigation the technical and procedural requirements for revising Plaintiff's firearm eligibility status under the National Instant Criminal Background Check System (NICS). The parties anticipate that they will be able to finalize terms of an agreement in the coming weeks. To preserve the resources of the Court and the parties, the parties request that the Court stay further briefing on Plaintiff's Motion for Summary Judgment (ECF No. 34) pending further order of the Court while the parties work to finalize their agreement.

Respectfully submitted,

Dated:  April 12, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

| | |
|---|---|
| Dated: April 12, 2024 | MESSING ADAM & JASMINE LLP |
| | [Authorized April 11, 2024] |
| | /s/ Lina Balciunas Cockrell |
| | LINA BALCIUNAS COCKRELL |
| | Attorneys for Plaintiff |

## **ORDER**

IT IS SO ORDERED.

Dated:

_____
United States Magistrate Judge