```
PHILLIP A. TALBERT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE CLIFTON,<br><br>                  Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>                  Defendants. | Case No. 1:21-cv-00089-TLN-EPG<br><br>**JOINT STATUS REPORT** |

    The parties to this action submit this Joint Status Report pursuant to the Court's Minute Order dated April 15, 2024 (ECF No. 44).

    The parties continue to work toward resolution of this matter.  The terms of the proposed settlement require coordination between the Federal Bureau of Investigation's National Instant Criminal Background Check System and the California Department of Justice.  This process has taken more time than anticipated.  The parties respectfully request that the Court order a further joint status report be filed in approximately sixty days if the case has not been dismissed by that date.

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: July 15, 2024 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorney for Defendants |
| Dated: July 15, 2024 | | MESSING ADAM & JASMINE LLP |
| | | [Authorized July 15, 2024] |
| | | /s/ Lina Balciunas Cockrell<br>LINA BALCIUNAS COCKRELL<br>Attorneys for Plaintiff |