PHILLIP A. TALBERT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE CLIFTON,<br><br>                              Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF<br>JUSTICE, et al.,<br><br>                              Defendants. | Case No. 1:21-cv-00089-TLN-EPG<br><br>**JOINT STATUS REPORT** |

The parties to this action submit this Joint Status Report pursuant to the Court's Minute Order dated September 16, 2024 (ECF No. 49).  The parties have now resolved this dispute in substance, leaving only the issue of Plaintiff's attorneys' fees.  The parties are working to resolve the fee issue without further motion practice and respectfully request that the Court order a further joint status report be filed in approximately sixty days, if the case has not been dismissed by that date.

Respectfully submitted,

Dated:  November 14, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

1   Dated:  November 14, 2024

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MESSING ADAM & JASMINE LLP

[Authorized November 14, 2024]

 /s/ Lina Balciunas Cockrell
LINA BALCIUNAS COCKRELL
Attorneys for Plaintiff