1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | | |
|---|---|---|
| DOMINIQUE CLIFTON, | ) | Case No.: 1:21-cv-00089-TLN-EPG |
| Plaintiff, | ) ) | **ORDER GRANTING REQUEST TO REDACT DOCUMENT CONTAINING CONFIDENTIAL PERSONAL INFORMATION** |
| vs. | ) ) ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

Pursuant to Federal Rule of Civil Procedure 5.2(a), Local Rules 140 and 141, and California Government Code section 7928.300(a), and based upon the Request to Seal/Redact Documents filed by Plaintiff Dominique Clifton, IT IS HEREBY ORDERED that:

1. Plaintiff's Request to Redact Document is GRANTED;

2. The Clerk of the Court shall redact Exhibit A to the Complaint filed on January 21, 2021 on p. 17 of ECF No. 1, to show only the last four digits of Plaintiff's Social Security number, the year of Plaintiff's birth, and shall redact Plaintiff's phone number in its entirety;

3. The Clerk of the Court shall redact Exhibit A to the Notice of Errata to Plaintiff's Complaint filed on July 16, 2021 on p. 20 of ECF No. 11, to show only the last four digits of Plaintiff's Social Security number, the year of Plaintiff's birth, and shall redact Plaintiff's phone number in its entirety;

4. The Clerk of the Court shall redact Exhibit B to the Complaint filed on January 21, 2021 on p. 19 of ECF No. 1, to show only the year of Plaintiff's birth and shall redact Plaintiff's home address in its entirety;

5. The Clerk of the Court shall redact Exhibit B to the Notice of Errata to Plaintiff's Complaint filed on July 16, 2021 on p. 22 of ECF No. 11, to show only the year of Plaintiff's birth and shall redact Plaintiff's home address in its entirety;

6. For the Clerk of the Court's convenience, redacted versions of Exhibits A and B are attached to this order;

7. The unredacted versions of the documents shall be maintained under seal by the Clerk of the Court; and

8. Access to the unredacted documents shall be limited to the Court and its authorized personnel.

IT IS SO ORDERED.

Dated: January 14, 2025

Troy L. Nunley
Chief United States District Judge